# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LINDA S. HALL, DIANA L. LUKE,
and JUSTIN M. PAIVA,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs.                             CASE NO.: 3:09cv222/MCR/MD

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## AGREED ORDER ON DEFENDANT'S
## MOTION FOR QUALIFIED PROTECTIVE ORDER

THIS CAUSE having come on before the Court on Defendant, AETNA LIFE INSURANCE COMPANY's, Motion for Qualified Protective Order under the federal HIPAA legislation, and the Court being duly advised in the premises, hereby orders that:

Said Motion be and the same is GRANTED. In accordance with the requirements of the regulations promulgated under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), specifically 45 C.F.R. §§ 164.512(e)(1)(ii)(B) and (v), all parties to this lawsuit are:

> (1)   prohibited from using or disclosing any protected health information ("PHI") of the named Plaintiffs or any class member (should a class be certified) for any purpose other than the litigation of the above-styled lawsuit; and

> (2)   to provide a copy of this Order to any person or entity to whom this PHI is re-disclosed; and

(3)    required to return any PHI (including all copies made) to the Plaintiff or to destroy the PHI (including all copies made), at the conclusion of the litigation of the above-styled lawsuit, including any appellate proceedings (counsel are permitted to retain copies of PHI in order to comply with document retention policies/requirements.

IT IS FURTHER ORDERED AND ADJUDGED that, for purposes of compliance with HIPAA, all parties, attorneys, employees, agents, and designees of all parties, pursuant to 45 C.F.R. § 164.512(e)(1)(i), are expressly and specifically authorized by this Court's Order to obtain PHI that is the subject of this lawsuit and to disclose PHI to experts retained or consulted, all other parties to the litigation, trial and graphic consultants, court reporters, persons duly noticed for deposition in this litigation, copy services or any other persons or entities necessary in the defense or prosecution of this litigation, and that all such persons or entities to whom the PHI is re-disclosed will be subject to the same privacy standards referenced above.

IT IS FURTHER ORDERED AND ADJUDGED that all parties may file pleadings, discovery or other documents which include or reference PHI in the Court file without need for sealing of the file by this Court.  However, to the extent any PHI is filed, it should be marked "Confidential – PHI".

**DONE AND ORDERED** in Chambers at Pensacola, Florida, this 9th day of July, 2009.

　　　　　　　　　　　　　　　　s/ *M. Casey Rodgers*
　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Case No.: 3:09cv222/MCR/MD